|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |



# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-02319 |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| MARCO AURELIO REINA-ROMERO, |  |
| Defendant. |  |

I.

On April 18, 2025, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest issued on April 18, 2025. Jaya Gupta, with the Federal Public Defender's Office, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Lauren Border.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

 ☒ the petition alleges that Defendant failed to the probation office as
 instructed. In addition, the Defendant has ties internationally and has
 multiple aliases, names variations, and dates of birth on file.

B.   ☐   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

 ☐ ;

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: April 18, 2025

/s/
MICHAEL KAUFMAN
UNITED STATES MAGISTRATE JUDGE